Maloney vs. Warner and others.

*By the Court.*— The judgment of the circuit court as to the appellants is reversed, and the cause remanded with directions to enter judgment in accordance with this opinion.

MALONEY, Respondent, vs. WARNER and others, Appellants.

*April 13 — April 30, 1897.*

*Franey v. Warner, ante,* p. 222, followed.

APPEAL from a judgment of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Reversed.*

*Orren T. Williams,* for the appellants.

For the respondent there was a brief by *N. S. Murphey,* attorney, and *H. K. Curtis,* of counsel, and oral argument by *Mr. Murphey.*

MARSHALL, J.    The questions presented in this case are identical with those presented and decided at this term in *Franey v. Warner, ante,* p. 222.    The amount of stock subscribed for was $500; hence the plaintiff's share of the profits made and fraudulently retained by the appellants was $141.91, which sum plaintiff should have judgment for on the facts found.    The judgment rendered against appellants for the full amount of money paid by plaintiff upon his stock

was erroneous, for the reasons stated in *Franey v. Warner,* *supra.*

*By the Court.*— The judgment of the circuit court as to the appellants is reversed, and the cause remanded with directions to render judgment in accordance with this opinion.